IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRACY GILKERSON,

    Plaintiff,                      No. 2:12-cv-2826 TLN GGH

    vs.

JOEL HARTER, et al.,

    Defendants.               ORDER TO SHOW CAUSE

_____/

        This action was referred to the undersigned pursuant to Local Rule 302(c)(21). Pursuant to Federal Rule of Civil Procedure 4(m), the court may dismiss an action where service of summons is not made within 120 days after the filing of the complaint. In the order requiring timely service filed November 27, 2012, plaintiff was cautioned that this action may be dismissed if service was not timely completed. This action was filed November 19, 2012, a First Amended Complaint was filed February 19, 2013, and plaintiff has not yet served defendants with summons. Although defendants Harter, Theissen, and Rebeck have filed a motion to dismiss which is currently under submission and have therefore made an appearance obviating the need for service on them, there is no record that any other defendants have been served with process.

/////

/////

1    Accordingly, IT IS HEREBY ORDERED that:

2    Plaintiff shall show cause, in writing, within fourteen days from the date of this

3 order, why defendants Berkshire Hathaway Homestead Companies; American Commercial

4 Claims Administrators; Shaw, Jacobsmeyer, Crain, Claffey & Nix, LLP; Laughlin, Falbo, Levy

5 & Moresi, LLP; Jaffe; Ahn; Weilepp; and Ely should not be dismissed for failure to comply with

6 Federal Rule of Civil Procedure 4(m).  Failure to <u>timely</u> file the required writing will result in a

7 recommendation that these defendants be dismissed.

8 DATED: June 27, 2013

<u>/s/ Gregory G. Hollows</u><br>
UNITED STATES MAGISTRATE JUDGE

GGH:076/Gilkerson2826.nosrv.wpd